AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOSE HERNANDEZ, HEBER MANZANARES, JUAN MAYORGA, NELSON BONILLA, ROMMEL GERSON CLAROS, SALVADOR GUERRA, SEBASTIAN RODRIGUEZ, and VICTOR SANCHEZ, on behalf of himself and others similarly situated,<br>*Plaintiff(s)*<br>v.<br>JOSE MONTEIRO and JMJ PARTNERS, INC.,<br>*Defendant(s)* | Civil Action No. 2:25-cv-06340-OEM-AYS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSE MONTEIRO,
c/o USA Car Wash and Lube, 1731 New York Avenue, Huntington Station, NY 11746

JMJ PARTNERS, INC.,
c/o USA Car Wash and Lube, 1731 New York Avenue, Huntington Station, NY 11746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcus Monteiro, Esq.
Monteiro & Fishman LLP
91 N. Franklin Street, Suite 108
Hempstead, NY 11550
(516) 280-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/18/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

